839 A.2d 184 (2003)
COMMONWEALTH of Pennsylvania, Appellee
v.
Travis L. KITCHEN, Appellant.
Supreme Court of Pennsylvania.
Argued December 4, 2003.
Decided December 23, 2003.
Helen A. Stolinas, for Travis Kitchen, appellant.
Stephen G. Downs, Towanda, for the Com. of PA.
Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.
Prior report: 814 A.2d 209.

ORDER
PER CURIAM.
The Order of the Superior Court is affirmed.